U.S.C.A. - 7th Circuit
F I L E D
Feb. 9, 2011   JD

# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

GINO J. AGNELLO
CLERK

| | |
|---|---|
| IN RE: LAWNMOWER ENGINE HORSEPOWER MARKETING AND SALES PRACTICES LITIGATION<br><br>No. 10-3158 | ] Appeal from the United<br>] States District Court for<br>] the Eastern District of<br>] Wisconsin.<br>]<br>] No. 2:08-md-01999-LA<br>]<br>] Lynn Adelman,<br>]     Judge. |

## MOTION FOR VOLUNTARY DISMISSAL

In accordance with discussions held under Federal Rule of Appellate Procedure 33, the Appellant moves the Court to dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b), each party to bear its own costs.

_____
Attorney for Appellant
Scott Kimball III

FEBRUARY 2, 2011
_____
Date

## CERTIFICATE OF SERVICE

A copy of the foregoing was served through the Court's electronic docketing system on the _9th_ day of February 2011, upon the following counsel of record:

Edward W. Cochran, Attorney
20030 Marchmont Road
Shaker Heights, OH 44122

John J. Pentz, III, Attorney
CLASS ACTION FAIRNESS GROUP
Two Clock Tower Place, Suite 260G
Maynard, MA 01754-0000

Joshua B. Kons
LAW OFFICES OF JOSHUA B. KONS
225 E. Henry Clay Street, Suite Two
Fox Point, WI 53217

Jonathan E. Fortman
910 S. Florissant Road
St. Louis, MO 63135

Roger L. Longtin, Attorney
DLA PIPER US LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601-1293

Steve A. Miller, Attorney
1625 Larimer Street, Suite 2905
Denver, CO 80202

Clyde F. Padgett, Pro Se
910 McGregor Street
Lufkin, TX 75901

By: _____
Mark A. Lindow
by permission
TS