# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

| | |
|---|---|
| IN RE: LAWNMOWER ENGINE HORSEPOWER MARKETING SALES PRACTICES LITIGATION<br><br>No. 10-2971 | ] Appeal from the United<br>] States District Court for<br>] the Eastern District of<br>] Wisconsin.<br>]<br>] No. 2:08-md-01999-LA<br>]<br>] Lynn Adelman,<br>]      Judge. |

## MOTION FOR VOLUNTARY DISMISSAL

In accordance with discussions held under Federal Rule of Appellate Procedure 33, the Appellants move the Court to dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b), each party to bear its own costs.

Attorney for Appellants
Rosalie Borgarts, Paul Palmer, Iving S. Bergrin, Cory Buye, Jill Cannata, Thomas Basie and Robert Falkner

Jan 28 2011    Date

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion for Voluntary Dismissal was sent by ordinary U.S. Mail, postage prepaid to the following persons on the ___ day of February, 2011:

K. Scott Wagner
HALE & WAGNER, S.C.
839 North Jefferson St. Suite 400
Milwaukee, WI 53202

Vincent J. Esades
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403

Brian M. Sund
MORRISON, FENSKE & SUND, P.A.
5125 County Road 101, Suite 202
Minnetonka, MN 55245

Edward F. Siegel