10-3127

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| In re: LAWNMOWER ENGINE HORSEPOWER MARKETING AND SALES PRACTICES LITIGATION | ) ) ) |

## MOTION FOR VOLUNTARY DISMISSAL

In accordance with settlement discussions held under FRAP 33, and pursuant to Federal Rule of Appellate Procedure 42(b), Appellant Carl Olson Jr. hereby moves for the dismissal of this appeal, with each party to bear its own costs.

Dated: February 7, 2011

Appellant Carl Olson, Jr.,
By his attorney,

John J. Pentz
CLASS ACTION FAIRNESS GROUP
2 Clock Tower Place, Suite 440
Maynard, MA 01754
(978) 461-1548
Fax: (978) 405-5161

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 7, 2011 he mailed a copy of the foregoing via first class United States mail to:

Vincent J. Esades
Heins Mills & Olson, PLC
310 Clifton Ave.
Minneapolis, MN 55403

Debbie L. Berman
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456

Thomas O. Kuhn
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601

*/s/ John Pentz*